

FILED

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
GREGORY N. WOODS

O R D E R

Gregory N. Woods has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Woods' application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Woods passed the MPRE in 1985 when seeking admission to the practice of law in Texas and in 1999 when seeking admission in Florida. Woods was admitted to both bars and remains in good standing in each. The petition states that Woods has "[p]racticed law as a civil trial lawyer for 36 years, without any ethical or disciplinary findings in any jurisdiction where licensed or where admitted pro hac vice." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Gregory N. Woods to waive the three-year test requirement for the MPRE for purposes of Woods' current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 4 day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2